IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No: ~~23-mj-119 (MAU)~~ 23-CR-249 (CJN) |
| v. | : | |
| | : | 40 U.S.C. § 5104(e)(2)(G) |
| WILLIAM WILKERSON, | : | |
| Defendant. | : | **FILED** AUG 22 2023 Clerk, U S District & Bankruptcy Courts for the District of Columbia |

## STATEMENT OF OFFENSE

Pursuant to Federal Rule of Criminal Procedure 11, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, William Wilkerson, with the concurrence of his attorney, agree and stipulate to the below factual basis for the defendant's guilty plea—that is, if this case were to proceed to trial, the parties stipulate that the United States could prove the below facts beyond a reasonable doubt:

### *The Attack at the U.S. Capitol on January 6, 2021*

1. The U.S. Capitol, which is located at First Street, SE, in Washington, D.C., is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification are allowed access inside the U.S. Capitol.

2. On January 6, 2021, the exterior plaza of the U.S. Capitol was closed to members of the public.

3. On January 6, 2021, a joint session of the United States Congress convened at the Capitol. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the United States Capitol to

certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

4. As the proceedings continued in both the House and the Senate, and with Vice President Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

5. At approximately 2:00 p.m., certain individuals in the crowd forced their way through, up, and over the barricades, and officers of the U.S. Capitol Police, and the crowd advanced to the exterior façade of the building. The crowd was not lawfully authorized to enter or remain in the building and, prior to entering the building, no members of the crowd submitted to security screenings or weapons checks by U.S. Capitol Police Officers or other authorized security officials.

6. At such time, the certification proceedings were still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, shortly after 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of law enforcement, as others in the crowd encouraged and assisted those acts. The riot resulted in substantial damage to the U.S. Capitol, requiring the expenditure of more than $2.8 million dollars for repairs.

7. Shortly thereafter, at approximately 2:20 p.m., members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Pence, were instructed to—and did—evacuate the chambers. Accordingly, all proceedings of the United States Congress, including the joint session, were effectively suspended until shortly after 8:00 p.m. the same day. In light of the dangerous circumstances caused by the unlawful entry to the U.S. Capitol, including the danger posed by individuals who had entered the U.S. Capitol without any security screening or weapons check, Congressional proceedings could not resume until after every unauthorized occupant had left the U.S. Capitol, and the building had been confirmed secured. The proceedings resumed at approximately 8:00 p.m. after the building had been secured. Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the session resumed.

### *Defendant's Participation in the January 6, 2021, Capitol Riot*

8. William Wilkerson was present in Washington D.C. and inside the U.S. Capitol building on January 6, 2021 at the time of the certification proceedings described above via open source and CCTV video.

9. Defendant entered the United States Capitol Building through the Senate Wing Door at approximately 3:24 p.m. EST. Defendant then turned southward and, at approximately 3:25 p.m., walked down the entrance hallway in the direction of the Crypt. While walking, Defendant raised what appeared to be a cellphone in a manner consistent with recording photos or video. At approximately 3:26 p.m., Defendant turned around before reaching the hallway to the Crypt, pulled a covering over his mouth, and walked in the direction of the Senate Wing Door. Defendant then waited for approximately three minutes beside the Senate Wing Door and exited

the Senate Wing Door at approximately 3:29 p.m. Defendant's total time spent inside the United States Capitol Building was approximately five minutes.

10. Defendant also submitted on that day a Facebook comment stating, "Standing up for your rights is also being part of the mass. I did my part today!" Additionally, Defendant submitted a post on January 7, 2021, stating, "Real patriots did infiltrate the capitol. I watched it happen. The media is all lies unless they were there." Defendant also shared a Facebook image on January 10, 2021, from "Americans Are Pissed" stating, "The Declaration of Independence Says We Have the Right to Overthrow the Government. ... The Declaration of Independence says that we not only have the right but we also have the duty to alter or abolish any government that does not secure our unalienable rights, including life, liberty, and the pursuit of happiness." The shared image also contains the text from Defendant stating, "IF THAT'S THE CASE, I GUESS NOBODY BROKE THE LAW (rubbing chin emoji)"

### *Elements of the Offense*

11. The parties agree that 18 U.S.C. §5104(e)(2)(G) requires the following elements:

   a. In order to find the defendant guilty of this offense, you must find that the government proved each of the following elements beyond a reasonable doubt: First, the defendant paraded, demonstrated, or picketed in any of the United States Capitol Buildings. Second, the defendant acted willfully and knowingly.

### *Defendant's Acknowledgements*

12. Defendant willfully and knowingly entered the U.S. Capitol Building knowing that he did not have permission to do so. Defendant further admits that while inside the Capitol, defendant willfully and knowingly paraded, demonstrated, or picketed.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By: /s/ Joseph Huynh
Joseph Huynh
Assistant United States Attorney

## DEFENDANT'S ACKNOWLEDGMENT

I, William Wilkerson, have read this Statement of the Offense and have discussed it with my attorney. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: 7/17/23

William Wilkerson
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of the Offense and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: July 19, 2023

William H. Dazey, Jr.
Attorney for Defendant